151 A.3d 88

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CORDERROL PRIESTER, DEFENDANT-
PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004975-13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.